Ricky Gene MINOR, Petitioner–Appellant,

v.

UNITED STATES of America, Respondent–Appellee.

No. 10–7634.

United States Court of Appeals, Fourth Circuit.

Submitted: July 13, 2011.

Decided: July 21, 2011.

Ricky Gene Minor, Appellant Pro Se.

Before DUNCAN, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Gene Minor, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Minor v. United States,* No. 4:10–cv–02325–RMG, 2010 WL 4281696 (D.S.C. Oct. 25, 2010). We dis-